## PAULSON v. REEDS.

### (139 N. W. 1135.)

Opinion filed December 24, 1912.

Appeal by defendant from a judgment of the District Court for Richland county, Honorable *Frank P. Allen,* J., in an action brought to recover a commission.

Reversed.

*W. S. Lauder,* for appellant.

*Wolfe & Schneller,* for respondent.

PER CURIAM.

Respondent files a brief in which he confesses error in the proceedings had upon the trial in the above-entitled action to the prejudice of appellant, and asks that the judgment appealed from be reversed and a new trial of the action be ordered. Thereafter in his brief he specifies certain assignments made by appellant which he concedes disclose prejudicial error. In view of this fact, and of the further fact that an examination of the record satisfies us of the merit of the contentions of appellant, we see no occasion for argument or further proceedings in this court. The judgment from which the appeal is taken is therefore reversed, and a new trial granted, with costs to appellant.